**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **COBRA INTERNATIONAL, INC.,** )  | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **BCNY INTERNTIONAL, INC.,** ) | |
| Defendant, ) | No. 3:06-mc-0060-L |
| ) | |
| v. ) | |
| ) | |
| **JOSEPHY MCALEXANDER,** ) | |
| Movant. ) | |

## ORDER

On June 22, 2006, Movant filed Objections to Subpoena Duces Tecum but failed to include a certificate of conference. It appears that Movant substantially complied with the subpoena. Accordingly, the Court denies th objections as moot. It appears that no issues are present for the Court to decide. Accordingly, the Clerk of Court is ordered to administratively close this case.

IT IS SO ORDERED, July 17, 2006.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE